Pro Se 1 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Gayle D. Hanks

Plaintiff(s),

v.

City of Shoreline Courts + Police (John C. Lewis & Shasta A. Willson)

Defendant(s).

CASE NO. 2:21-cv-0600 RAJ
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Gayle Dianne Hanks
Street Address: 1231 NE 184th Pl
City and County: Shoreline - King
State and Zip Code: Wa 98155-3749
Telephone Number: 206-363-9050

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

1  B.    Defendant(s)

2  *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an*
3  *individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

4
    Defendant No. 1
5
        Name                        a Court
6       Job or Title *(if known)*   City of Shoreline
        Street Address              17500 Midvale N
7                                   Shoreline   King
        City and County             Wa.   98133
8       State and Zip Code
9       Telephone Number            ? Sara Roberts
10                                  WSBA # 22499

    Defendant No. 2
11
        Name                        Shoreline Police
12      Job or Title *(if known)*   at least 4 officers
13      Street Address              17500 Midvale
        City and County             White -
14      State and Zip Code          Wa  98133
15      Telephone Number            ?

16  all lies (6190295623, 619030891,
                                    618036101)
    Defendant No. 3
17
        Name                        John Calvin Lewis Jr
18      Job or Title *(if known)*   1218 NE 184th St
19      Street Address
        City and County             Shoreline  King
20      State and Zip Code          Wash   98155
21      Telephone Number

22

23

24

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

Defendant No. 4

Name: Shasta A. Willson
Job or Title (if known):
Street Address: 1218 NE 154th St
City and County: Shoreline, King
State and Zip Code: Wa 98155
Telephone Number:

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (*check all that apply*)

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I was lied about - defamed - made a defendent when I AM the victim. This is a Hate-Crime against me + they have enlisted 4 other Houses on their street to harm me also

COMPLAINT FOR A CIVIL CASE - 3

1  B.   If the Basis for Jurisdiction Is Diversity of Citizenship

2        1.   The Plaintiff(s)

3           a.   If the plaintiff is an individual.

4   The plaintiff (*name*) __Gayle D. Hanks__, is a citizen of the

5   State of (*name*) __Washington__.

6           b.   If the plaintiff is a corporation.

7   The plaintiff, (*name*) _____, is incorporated under

8   the laws of the State of (*name*) _____, is incorporated under

9   the laws of the State of (*name*) _____, and has its principal

10  place of business in the State of (*name*) _____.

11  (*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

12

13       2.   The Defendant(s)

14          a.   If the defendant is an individual.

15  The defendant, (*name*) __John + Shasta Orig__, is a citizen of the

16  State of (*name*) __then enlisted cop friend__ or is a citizen of

17  (*foreign nation*) __Jeremy Muir since: 2005__

18          b.   If the defendant is a corporation.

19  The defendant, (*name*) _____, is incorporated under

20  the laws of the State of (*name*) _____, and has its principal

21  place of business in the State of (*name*) _____.

22  Or is incorporated under the laws of (*foreign nation*) _____,

23  and has its principal place of business in (*name*) _____.

24  (*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

COMPLAINT FOR A CIVIL CASE - 4

3.  The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

They have poisoned me & my yard w/ toxic chemicals since June of 2008 I've been attacked by 5 pit-bulls in my by. by them & friends next door 1222 NE 84th

### III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

These creeps have tried to kill me with toxic smoke & chemicals in my yard so bad I've stayed in my house since 5/2019

### IV.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

over 12 years of being harassed poisoned almost dead + have all documents to prove this. The Police/City/Courts are corrupt

### V.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5


Pro Se 1 2016

1 purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
2 (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
3 reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
4 identified, will likely have evidentiary support after a reasonable opportunity for further
5 investigation or discovery; and (4) the complaint otherwise complies with the requirements of
6 Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 4, 2021

Signature of Plaintiff: *Gayle D Hanks*

Printed Name of Plaintiff: Gayle D. Hanks

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6

CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED (DROP B___)

MAY 04 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHIN.
BY _____ DEPUTY

**U.S. District Court**
Complete transaction sheet & stamp the
**FIRST** page of each document

Hayes D Hanks
# Case in:
Shoreline

CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED (DROP BOX)

MAY 04 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

**U.S. District Court**
Complete transaction sheet & stamp the
**FIRST** page of each document

Gayle D. Hanks
206-363-7050



UNITED STATES DISTRICT COURT
Western District of Washington
Office of the Clerk
700 Stewart Street, Suite 2310
Seattle, Washington 98101
(206) 370-8400

**William M. McCool**
District Court Executive
Clerk of Court

**Eric Smits**
Chief Deputy Clerk

# UNITED STATES DISTRICT COURT
# TRANSACTION FORM

Date: 5/4/2021

Your Name: Gayle D. Hanks

Case# (if known): _____

Email Address: gdhanks@comcast.net

Phone#: 206-363-9050

Address: (optional) 1231 - NE 184th PL
98155-3749

## Reason for Transaction:

☐ **Working copies** for court

☑ Documents to open a **NEW** case

☐ Documents for a **PENDING** case

☐ **Payment** for restitution, filing fees, etc.
   *\*\*The court accepts money orders; personal checks and cashier checks, made out to:*
   *"Clerk, U.S. District Court." \*\*NO CASH\*\**

☐ **Other:** I am sorry I forgot to put these in my original