Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GAYLE D. HANKS,

        Plaintiff,

    v.

CITY OF SHORELINE, *et al.*,

        Defendants.

No. 2:21-cv-00600-RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

THIS MATTER comes before the Court upon Plaintiff's Motion for Extension of Time (Dkt. # 8).

On May 17, 2021, Plaintiff paid a filing fee in this matter, thereby rendering moot the Report and Recommendation regarding Plaintiff's motion to proceed in forma pauperis. The Court construes Plaintiff's Motion for Extension of Time as a request to extend the deadline to object to the Report and Recommendation. As the Report and Recommendation is now moot, the Court also finds Plaintiff's Motion for Extension of Time to be moot and directs the clerk to terminate both.

DATED this 21st day of May, 2021.

WILLIAM M. McCOOL,
Clerk of the Court

  */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones