# EXHIBIT F

(Letter from my counselor by John C. Lewis is lies

To Clerk,

Please address something! I feel like it's ok to kill people by dumping hundreds of gallons via 4" white pvc like "The Riley Group" suggested by the June 27th 2016 Googlearth pic. He is a menace to society as is their whole family. The friend of theirs (angry old white guy @ 18322 12th NE is who filled their stove with garbage on 1-18-2020. He is being turned in as I write.

FILED LODGED RECEIVED MAIL NOV 12 2021 AT SEATTLE CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON BY DEPUTY

my neighbors to the NE of me are aware of my chemical issues with city, Bob Ferguson, crooked cops & gov. They are getting their yard tested. So please

Help

Hanks, Gayle D. Hanks

# Jim Marshall Counseling

11750 2nd Ave NW, Seattle, WA 98177-4506

May 8, 2019

To Whom It May Concern:

I am a licensed mental health counselor and, as a portion of my practice, work with the Washington State Dept. of Veterans Affairs PTSD and War Trauma Counseling program. I have been working with Jack and Shasta through that program for the past year. We have been meeting weekly since the beginning. They have made significant progress both individually and as a couple.

Both of them have concerns with depression, anxiety and past traumas that have a significant impact on their lives. They have repeatedly spoken about their neighbor's intrusive behavior that has negatively impacted them and their minor daughter. This has caused stress and anxiety; caused concern for their personal security and safety.

I have seen these instances have had a very negative impact on them and has impeded their progress in therapy. They have, on the whole, done well in managing this but both have been triggered by her behavior. The behavior exhibited by the neighbor as described by them (and I trust the accuracy of the descriptions) is outrageous and intolerable under any circumstance. Recently, the neighbor has seemed to escalate her behavior in a hostile and threatening way that would test anyone's restraint.

It is clear that the neighbor's behavior has had in impact on Jack's diagnosis of PTSD and TBI (Traumatic Brain Injury) and has made treatment more difficult. The unwarranted and irrational interactions with the neighbor have been unpredictable and unwarrented. We have had to spend many hours in therapy to help him cope with these intrusions.

11750 2 AVE NW SEATTLE, WA 98177
T 206- -6095 WWW.JFMCOUNSELING.COM

---

Handwritten annotations:

21-cv-00600 RAJ

This pre-meditated by both of them as I filed a Harassment Order against them May of 2017, then my brother Dennis b heffernan + my son aaron m reg's lied about me knowing the toxic smoke was real + knew I was going to Edmonds Swedish for a test to detect chemicals. What a Horror story

Copy for Seattle Times
Copy for Court

Similarly, Shasta has become fearful of going out into her own back yard because of the chance that the neighbor will appear and be abusive. Her therapy has also been negatively impacted by the neighbor and has made our work together more challenging. The feeling of helplessness from being unable to stop the intrusive and abusive behavior has made our work on their relationship harder.

Thank you and please contact me if I can be of further assistance.

Sincerely,


James Marshall, MA, LMHC

206-708-6095

Jfmcounseling@gmail.com

2

when I was obviously lied about — framed + etc by city, court, sean parrent, police

I want $20,000,000, + those responsible in prison — Please + part 13+ years of my last part of my life



Gayle Hanks
1231 NE 184th Pl.
Shoreline, WA 98155

SEATTLE WA 980
10 NOV 2021 PM 3 L

US Dist Court
700 Stewart St
Seattle Wa 98101

98101-443699