UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAYLE D. HANKS, | CASE NO. 21-CV-00600-LK |
| Plaintiff, | MINUTE ORDER TO SHOW CAUSE |
| v. | |
| CITY OF SHORELINE, et al., | |
| Defendant. | |

The Clerk issues the following Minute Order by the authority of the Honorable Lauren King, United States District Judge.

Plaintiff filed the Complaint in this matter on May 17, 2021. Dkt. No. 5. Plaintiff has failed, however, to provide proof that she timely and properly served Defendants. Plaintiff is accordingly ORDERED to show cause within 30 days, or by March 10, 2022, why the Court should not dismiss this case without prejudice. *See* Fed. R. Civ. P. 4(m). Plaintiff's Motion for Extension of Time is DENIED as moot. *See* Dkt. No. 11. Absent a timely response by Plaintiff, the Court will dismiss this case without prejudice.

Dated this 8th day of February, 2022.

RAVI SUBRAMANIAN,
Clerk of Court

*/s/ Natalie Wood*
Deputy Clerk

MINUTE ORDER TO SHOW CAUSE - 1