UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAYLE D. HANKS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SHORELINE, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 21-CV-00600-LK<br><br>ORDER OF DISMISSAL |

　　　This matter comes before the Court sua sponte. On February 8, 2022, the Court ordered Ms. Hanks to show cause why this case should not be dismissed without prejudice for failure to timely serve Defendants. Dkt. No. 23. It warned Ms. Hanks that it would dismiss this case if she failed to respond by March 10, 2022. *Id.* at 1. Having received no response, the Court now DISMISSES the case without prejudice.

　　　The Clerk is directed to send uncertified copies of this Order to Ms. Hanks at her last known address.

ORDER OF DISMISSAL - 1

Dated this 19th day of October, 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER OF DISMISSAL - 2